# Court of Appeals
# of the State of Georgia

ATLANTA, __August 16, 2012__

*The Court of Appeals hereby passes the following order:*

**A12A2124. IN THE INTEREST OF: D. A., A CHILD (MOTHER).**

In this domestic relations case, the trial court entered three separate orders from which Bridgett Allen, the mother of minor child, D. A., filed this direct appeal. The trial court denied Allen's motion to rescind paternity acknowledgment, granted Michael Allen's motion for protective order regarding DNA testing, and established Michael Allen as legal father and legitimated D. A. We lack jurisdiction.

Appeals from orders entered in domestic relations cases must comply with the discretionary appeal procedure. OCGA § 5-6-35 (a) (2). Because Allen failed to comply with the discretionary appeal procedure as required, this appeal is *DISMISSED* for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __08/16/2012__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

 , *Clerk.*